IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JOSHUA CORBIN, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-26 |
| v. | |
| BRYAN ADAMS; and JESSICA HOWARD, | |
| Defendants. | |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 10. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendant Adams. Plaintiff's Eighth Amendment claim against Defendant Howard remains pending. Doc. 11.

**SO ORDERED**, this 11th day of June, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA