AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSHUA CORBIN,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV 6:19 -26

SERGEANT JESSICA HOWARD.

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of November 13, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Plaintiff's Complaint is DISMISSED without prejudice for failure to follow a Court Order and failure to prosecute, Defendant's Motion to Dismiss is DENIED as moot, the Plaintiff is DENIED in forma pauperis status on appeal, and this civil action stands CLOSED.

| 11/13/2020 | John E. Triplett, Acting Clerk |
|---|---|
| *Date* | *Clerk* |
| | *Tara H. Burton* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020